The Honorable Ricardo S. Martinez

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| DARLENE HOSKINS, | ) |
|     Plaintiff, | ) No. 2:20-cv-00754-RSM |
|     v. | ) ORDER |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
|     Defendant. | ) |

Based upon Plaintiff's Motion for Attorney Fees and Expenses Under the Equal Access to Justice Act and Plaintiff's Contract for Attorney Representation in Federal Court, it is hereby ordered that attorney's and paralegal's fees in the amount of $5,671.17 and expenses in the amount of $20.85 and costs in the amount of $400.00 pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), shall:

    (1) Be awarded to Plaintiff pursuant to Astrue v. Ratliff, 560 U.S. 586 (2010) and delivered to Plaintiff's counsel, Robert A. Friedman; however,

    (2) If the U.S. Department of the Treasury determines that Plaintiff's EAJA fees, expenses, and costs are not subject to any offset allowed under the

Order - 1
[No. 2:20-cv-00754-RSM]

**ROBERT A. FRIEDMAN and ASSOCIATES**
PO Box 780
Rochester, Washington 98579
(425) 252-5551
FAX (425) 259-7111

Department of the Treasury's Offset Program, then the check for EAJA fees, expenses, and costs shall be made payable to Plaintiff's attorney, Robert A. Friedman, based upon Plaintiff's assignment of these amounts to him.

Dated: June 8, 2021

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Proposed Order - 2
[No. 2:20-cv-00754-RSM]

**ROBERT A. FRIEDMAN and ASSOCIATES**
PO Box 780
Rochester, Washington 98579
(425) 252-5551
FAX (425) 259-7111