The Honorable Ricardo S. Martinez

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| DARLENE HOSKINS,<br><br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, ACTING COMMISSIONER OF SOCIAL SECURITY,<br><br>    Defendant | No.: 2:20-cv-00754-RSM<br><br>**ORDER** |

The Court has considered Plaintiff's counsel's motion for authorization to charge an attorney fee pursuant to 42 U.S.C. §406(b).  The Court grants Plaintiff's counsel's motion and authorizes an attorney fee of $38,232 in accordance with 42 U.S.C. §406(b).  Plaintiff's Counsel, Mr. Friedman, is directed to pay Plaintiff the amount of $10,024.97, the attorney's fees the Defendant paid him under the Equal Access to Justice Act (EAJA), 28 U.S.C. §2412.

DATED this 3rd day of May, 2024.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE